United States District Court
Southern District of Texas
ENTERED

JUL 0 7 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 7 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| RICARDO N. ADOBBATI, §<br>　Plaintiff, § <br>§<br>VS. §<br>§<br>GUARDIAN LIFE INSURANCE, §<br>MORELAND, BLACK & MANNING, §<br>INC., AND DONALD R. BLACK, §<br>　Defendant. § | CIVIL ACTION NO. B-97-178 |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, excluding untimely objections filed without leave of court, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of April 9, 1998 should be **ADOPTED**.

DONE in Brownsville, Texas, on this ___7___ day of ___July___ 1998.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com