United States District Court
Southern District of Texas
ENTERED
AUG 1 1 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 1 0 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO N. ADOBBATI, | § | |
| Plaintiff | § § § | |
| V. | § § | CIVIL ACTION NO. B-97-178 |
| GUARDIAN LIFE INSURANCE, MORELAND, BLACK & MANNING, INC., AND DONALD R. BLACK, | § § § § | |
| Defendant | § | |

## ORDER

Before the Court for consideration this day is Plaintiff's Motion for Reconsideration and to Set Aside Order and Request for Oral Hearing. The Court after considering the Motion and the Response thereto, finds that the Motion lacks merit and should be denied. It is therefore,

ORDERED that Plaintiff's Motion for Reconsideration and to Set Aside Order and Request for Oral Hearing is denied in its entirety.

Done this 10 day of August, 1998 in Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge