28

United States District Court
Southern District of Texas
ENTERED

NOV 1 6 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ricardo N. Adobatti | § § | |
| versus | § | C.A. B-97-178 |
| | § § | |
| Moreland Black, et al | | |

### ORDER

1. As previously ordered, a settlement conference is set January 22, 1999, at 2:00 P.M., and the joint pretrial order is due January 22, 1999.

2. The pretrial conference and jury selection set before Judge Hilda G. Tagle are canceled. They will be reset after the settlement conference.

Signed on _17 Nov_____, 1998, at Brownsville, Texas.

　　　　　　　　　　　　　　　　　　　　John Wm. Black
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

11

United States District Court
Southern District of Texas
ENTERED

NOV 1 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Elvia De Leon                           §
                                        §
versus                                  §   C.A. B-98-72
                                        §
                                        §
Harlingen Independant School            
District, et al

## ORDER

1. As previously ordered, a settlement conference is set June 18, 1999, at 2:00 P.M., and the joint pretrial order is due June 18, 1999.

2. The pretrial conference and jury selection set before Judge Hilda G. Tagle are canceled. They will be reset after the settlement conference.

Signed on _17 NOV_____, 1998, at Brownsville, Texas.

John Wm. Black
United States Magistrate Judge



```
CASE:      1:97-cv-00212
DOCUMENT:  20
DATE:      11/18/98

CLERK:     og
```

United States District Court
Southern District of Texas
ENTERED
NOV 18 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Edgar Oscar Rodriguez, et al | § § § | |
| versus | § | C.A. B-97-212 |
| C&B Acoustical & Drywall Materials, Inc., et al | § § | |

### ORDER

1. As previously ordered, a settlement conference is set March 19, 1999, at 2:00 P.M., and the joint pretrial order is due March 19, 1999.

2. The pretrial conference and jury selection set before Judge Hilda G. Tagle are canceled. They will be reset after the settlement conference.

Signed on 17 NOV, 1998, at Brownsville, Texas.

John Wm. Black
United States Magistrate Judge



```
CASE:      1:97-cv-00272
DOCUMENT:  16
DATE:      11/18/98

CLERK:     og
```

16

United States District Court
Southern District of Texas
ENTERED

NOV 1 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Gabriel H. Guzman           §
                            §
                            §
versus                      §  C.A. B-97-272
                            §
                            §
Commercial Credit, Corp.

## ORDER

1. As previously ordered, a settlement conference is set February 18, 1999, at 1:30 P.M., and the joint pretrial order is due February 18, 1999.

2. The pretrial conference and jury selection set before Judge Hilda G. Tagle are canceled. They will be reset after the settlement conference.

Signed on _17 Nov_____, 1998, at Brownsville, Texas.

John Wm. Black
United States Magistrate Judge