(                    (                              29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 24 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| RICARDO N. ADOBBATI, § | |
| § | |
| Plaintiff § | |
| § | |
| V. § | CIVIL ACTION NO. B-97-178 |
| § | |
| GUARDIAN LIFE INSURANCE, § | |
| MORELAND, BLACK & MANNING, § | |
| INC., AND DONALD R. BLACK, § | |
| § | |
| Defendants § | |

## ORDER

Before the Court for consideration this day is Defendants' Motion to Postpone Deadlines and for a New Scheduling Order. The Court after considering the Motion and any Response thereto, finds that the Motion is meritorious and should be granted. It is therefore,

ORDERED that Defendants' Motion to Postpone Deadlines and for a New Scheduling Order is GRANTED.

IT IS FURTHER ORDERED that all remaining deadlines under the Court's November 14, 1997 Scheduling Order, including the expert witness designation deadlines, and the Rule 26 deadlines for production of expert witness reports, are postponed pending the Court's ruling on Defendants' Motion to Dismiss. The Court will issue a new scheduling order if necessary after ruling on Defendants' Motion to Dismiss.

Done this 20th day of NOVEMBER, 1998 in Brownsville, Texas.

_____
The Honorable Hilda G. Tagle
United States District Judge