# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 20 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RICARDO N. ADOBBATI | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-178 |
| | § | |
| GUARDIAN LIFE INSURANCE, ET AL. | § | |

TYPE OF CASE:  __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been **PASSED**:

TYPE OF PROCEEDING:

**FINAL PRETRIAL CONFERENCE & SETTLEMENT CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME SCHEDULED:

**JANUARY 22, 1999 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 20, 1999

TO:   MR. RICARDO ADOBBATI
      MR. JEFFREY DAVIS
      MR. WILL HUGHES