35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas,
ENTERED
JAN 21 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RICARDO N. ADOBBATI | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-178 |
| | § | |
| GUARDIAN LIFE INSURANCE, | § | |
| MORELAND, BLACK & MANNING | § | |
| INC., AND DONALD R. BLACK | § | |

**ORDER**

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of December 8, 1998 should be **ADOPTED.**

IT IS ORDERED that Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) be **GRANTED**.

DONE in Brownsville, Texas, on this 21 day of Jan 1999.

_____
Hilda G. Tagle
United States District Judge