41

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RICARDO N. ADOBBATI § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-178 |
| § | |
| GUARDIAN LIFE INSURANCE, ET AL. § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**       **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                        DATE AND TIME:

**SEPTEMBER 22, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    AUGUST 24, 2000

FAX TO:  MR. RICARDO ADOBBATI
         MR. JEFFREY DAVIS
         MR. WILL HUGHES

ClibPDF - www.fastio.com