42

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RICARDO N. ADOBBATI | § § | |
| VS. | § § | CIVIL ACTION NO. B-97-178 |
| GUARDIAN LIFE INSURANCE, ET AL. | § | |

TYPE OF CASE:       __X__ CIVIL                           ____ CRIMINAL

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:           CONTINUED TO DATE AND TIME:

**SEPTEMBER 22, 2000 AT 1:30 P.M.**                     **OCTOBER 11, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 22, 2000

FAX TO:  MR. RICARDO ADOBBATI
         MR. JEFFREY DAVIS
         MR. WILL HUGHES