IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RICARDO N. ADOBBATI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C. A. No. B-97-178 |
| | § | |
| GUARDIAN LIFE INSURANCE | § | |
| COMPANY OF AMERICA, ET AL., | § | |
| | § | |
| Defendants. | § | |

**AGREED ORDER GRANTING DEFENDANT GUARDIAN'S
UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY-IN-CHARGE**

Before the Court this day is Defendant Guardian's Unopposed Motion to Substitute Attorney-In-Charge. After considering the motion, the Court finds that it has merit and is therefore GRANTED. Accordingly, it is ORDERED, ADJUDGED and DECREED that:

1.  The District Clerk shall forthwith amend the records of the United States District Court for the Southern District of Texas, Brownsville Division to show that Thomas J. Forestier is substituted as attorney-in-charge in this matter for Guardian in place of Jeffrey A. Davis;

2.  All correspondence, notices and pleadings intended for Guardian in this matter shall henceforth be sent to:

> Thomas J. Forestier
> Haynes and Boone, LLP
> State Bar No. 07256560
> S.D. Bar No. 12076
> 1000 Louisiana Street, Suite 4300
> Houston, Texas 77002-5012
> Telephone: (713) 547-2000
> Telecopier: (713) 547-2600

Signed at Brownsville, Texas this 5 day of Oct, 2000.

_____
John Wm. Black
United States Magistrate Judge

APPROVED AS TO FORM AND SUBSTANCE:

_____
Jeffrey A. Davis
State Bar No. 05508200
McGinnis, Lochridge & Kilgore, LLP
3200 One Houston Center
1221 McKinney Street
Houston, Texas 77010-2009
Telephone: (713) 615-8500
Facsimile: (713) 615-8585

PREVIOUS ATTORNEY-IN-CHARGE FOR
DEFENDANT GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA

Thomas J. Forestier by Donald D. Jackson, with permission
_____
Thomas J. Forestier
State Bar No. 07256560
S.D. Bar No. 12076
1000 Louisiana Street, Suite 4300
Houston, Texas 77002-5012
Telephone: (713) 547-2000
Telecopier: (713) 547-2600

NEW ATTORNEY-IN-CHARGE FOR DEFENDANT
GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA

*Will Hughes by Donald D. Jackson with permission*

WILL HUGHES
State Bar No. 10240100
S.D. Bar No. 15809
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
Telephone: (210) 428-7495
Facsimile: (210) 428-2954

ATTORNEY-IN-CHARGE FOR
DEFENDANTS DONALD BLACK AND
MORELAND, BLACK & MANNING, INC

*Ricardo M. Adobbati by Donald D. Jackson with permission*

RICARDO M. ADOBBATI
State Bar No. 00790208
S.D. Bar No. 18158
Attorney and Counselor-at-Law
134 E. Price Road
Brownsville, Texas 78521
Telephone: (956) 544-6881
Facsimile: (956) 544-6883

ATTORNEY-IN-CHARGE FOR
PLAINTIFF RICARDO N. ADOBBATI

H-220498.1