IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RICARDO N. ADOBBATI, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C. A. No. B-97-178 |
| § | |
| GUARDIAN LIFE INSURANCE § | |
| COMPANY OF AMERICA, ET AL., § | |
| § | |
| Defendants. § | |

## AGREED SCHEDULING ORDER

After a status conference with the parties held on October 11, 2000, the Court hereby orders the following:

(1) Plaintiff shall file an Amended Complaint conforming with the United States Court of Appeals for the Fifth Circuits' *per curiam* opinion in no. 99-40346 by <u>October 13, 2000.</u>

(2) Defendants shall file their Rule 12(b)(6) motions, and any other motions challenging the complaint in lieu of their answers, by <u>November 3, 2000.</u>

(3) Plaintiff shall file his response to Defendants' Rule 12(b)(6) motions, and any other Defendants' motions challenging the pleadings, by <u>December 8, 2000.</u>

(4) Because the granting of Rule 12(b)(6) motions would obviate the need for discovery, discovery shall be abated until the Court's ruling on Defendants' Rule 12(b)(6) motions.

(5) Plaintiffs' expert reports in full compliance with Rule 26's requirements must be served within ninety (90) days after the end of the abatement of discovery, as provided above.

(6) Defendants' expert reports in full compliance with Rule 26's requirements must be served within sixty (60) days after service of Plaintiff's expert reports.

(7) All discovery in this case must be completed by <u>June 8, 2001</u> or six months after the denial of Defendants' Rule 12(b)(6) motions, whichever is later. If additional time is required, a motion requesting such extension shall be filed by <u>May 25, 2001</u> or fifteen days before the date discovery must be completed as provided above, whichever is later. Failure to file such motion shall preclude further discovery.

(8) All other motions must be filed no later than twenty (20) days after the completion of discovery as provided above.

(9) A final pretrial and settlement conference shall subsequently be set before U.S. Magistrate Judge John William Black, of which the parties will later be notified.

(10) Final pretrial, jury selection (if any) and trial on the merits shall subsequently be set before Judge Hilda G. Tagle, of which the parties will later be notified.

Done at Brownsville, Texas this 18 day of October, 2000.

_____
John Wm. Black
United States Magistrate Judge

APPROVED AS TO FORM AND SUBSTANCE:

*Thomas J. Forestier by Donald D. Jackson, with permission*

Thomas J. Forestier
State Bar No. 07256560
S.D. Bar No. 12076
1000 Louisiana Street, Suite 4300
Houston, Texas 77002-5012
Telephone: (713) 547-2000
Telecopier: (713) 547-2600

ATTORNEY-IN-CHARGE FOR DEFENDANT
GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA


*Will Hughes by Donald D. Jackson, with permission*

| | |
|---|---|
| WILL HUGHES | RICARDO M. ADOBBATI |
| State Bar No. 10240100 | State Bar No. 00790208 |
| S.D. Bar No. 15809 | S.D. Bar No. 18158 |
| Adams & Graham, L.L.P. | Attorney and Counselor-at-Law |
| 222 East Van Buren, West Tower | 134 E. Price Road |
| Harlingen, Texas 78551-1429 | Brownsville, Texas 78521 |
| Telephone: (210) 428-7495 | Telephone: (956) 544-6881 |
| Facsimile: (210) 428-2954 | Facsimile: (956) 544-6883 |
| | |
| ATTORNEY-IN-CHARGE FOR DEFENDANTS DONALD BLACK AND MORELAND, BLACK & MANNING, INC. | ATTORNEY-IN-CHARGE FOR PLAINTIFF RICARDO N. ADOBBATI |

H-223008.1