_53_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JAN 2 3 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RICARDO N. ADOBBATI and | § | |
| RICARDO N. ADOBBAIT, M.D.P.A., | § | |
| DEFINED BENEFIT PLAN | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C. A. No. B-97-178 |
| | § | |
| GUARDIAN LIFE INSURANCE, ET AL. | § | |
| | § | |
| | § | |
| Defendants. | § | |

### AGREED FINAL JUDGMENT

On this day, all parties to this action appeared by and through their respective counsel and announced resolution of all issues between the respective parties. The Court, having considered this, finds that this action should be dismissed with prejudice to refiling of same. It is, accordingly,

ORDERED, ADJUDGED and DECREED that Plaintiffs shall take nothing on all of their causes of action herein, whether asserted or not, that all of Plaintiff's claims are dismissed with prejudice, and that all parties shall bear their own costs. All relief not expressly granted herein is denied.

SIGNED at Brownsville, Texas this _22_ day of _Jan_, 2001.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

**Approved as to Form and Substance:**

LAW OFFICES OF RICARDO M. ADOBBATI

By:_____

    Ricardo M. Adobbati
    State Bar No. 00790208
    FED. ID NO. 18158

134 E. Price Road
Brownsville, Texas 78521
Telephone:    (956) 544-6881
Facsimile:    (956) 544-6883

ATTORNEYS FOR RICARDO N. ADOBBATI, THE
RICARDO N. ADOBBATI, M.D., P.A., AND THE
RICARDO N. ADOBBATI, M.D., P.A. DEFINED
BENEFIT PLAN

**Approved as to Form and Substance:**

ADAMS AND GRAHAM, L.L.P.

By:_____

    Will Hughes
    State Bar No. 07256560
    FED. ID NO. 15809

222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
Telephone:    (210) 428-7495
Facsimile:    (210) 428-2954

ATTORNEYS FOR DEFENDANTS MORELAND, BLACK
AND MANNING, INC. AND DONALD R. BLACK

**Approved as to Form and Substance:**

HAYNES AND BOONE, L.L.P.


By: *Thomas J. Forestier* *tcg*
     Thomas J. Forestier   *Donald D Jackson,*
     State Bar No. 07256560  *with permission*
     FED. ID NO. 12076

1000 Louisiana, Suite 4300
Houston, Texas  77002
Telephone:    (713) 547-2000
Facsimile:     (713) 547-2600

ATTORNEYS FOR DEFENDANT THE GUARDIAN LIFE
INSURANCE COMPANY OF AMERICA

3

CSNPDF - www.fastio.com